**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01536-CR

**MOISE MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-11-62885-Y**

## ORDER

Appellant's March 13, 2013 motion to supplement the reporter's record and to hold the briefing schedule in abeyance is **GRANTED** to the extent the Court orders the following relief.

We **ORDER** Court Reporter Laura Weed to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the plea hearing held on or about October 26, 2012.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Laura Weed.

/s/     LANA MYERS
JUSTICE